# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                            **CRIMINAL ACTION NO. 2:07CR036-P-B**

**CLIFFORD EDWARD MOORE, JR.,**                              **DEFENDANT.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendant's Motion for Continuance [14-1]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for April 23, 2007. Defense counsel requests a continuance since he only recently was assigned to this case on March 8, 2007 and he needs additional time to investigate the merits of the Government's case.

The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from April 23, 2007 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Continuance [14-1] is **GRANTED**;

(2) Trial of this matter is continued until Tuesday, May 15, 2007 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from April 23, 2007 to May 15, 2007 is excluded from Speedy Trial Act considerations as set out above;

(4) The deadline for filing pretrial motions is April 24, 2007; and

(5) The deadline for submitting a plea agreement is May 1, 2007.

**SO ORDERED** this the 12th day of March, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE