# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                    **CRIMINAL ACTION NO. 2:07CR036-P-B**

**CLIFFORD EDWARD MOORE, JR.**                                    **DEFENDANT.**

## SECOND CONTINUANCE OF TRIAL

This matter comes before the court upon Defendant's Second Motion for Continuance of Trial [18-1]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for May 15, 2007. Defense counsel requests a continuance because he requires additional time to confer with the defendant, to prepare defenses, and to investigate the claims of the indictment. The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from May 15, 2007 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Second Motion for Continuance of Trial [18-1] is **GRANTED**;

(2) Trial of this matter is continued until Monday, July 9, 2007 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from May 15, 2007 to July 9, 2007 is excluded from Speedy Trial Act

considerations as set out above;

>(4) The deadline for filing pretrial motions is June 18, 2007; and

>(5) The deadline for submitting a plea agreement is June 25, 2007.

**SO ORDERED** this the 30th day of April, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE